**United States Bankruptcy Court**
**For the District of Colorado**

| | | |
|---|---|---|
| In re: | ) | |
| Michael Paul Whitfield | ) | Bankruptcy Case No. 23-15939-MER |
| | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | |

# NOTICE OF DEFICIENCY

The following missing documents are required for your case and are due **Thursday, January 4, 2024:**

- Statement of Financial Affairs
- Summary of Assets and Liabilities and Certain Statistical Information
- All Schedules: A/B, C, D, E/F, G, H, I, J
- Declaration About an Individual Debtor's Schedules Official Form 106Dec
- Employee Income Records and/or Statement Concerning Payment Advices (L.B.F. 1007-6.1)
- Chapter 7 Statement of Current Monthly Income Official Form 122A-1
- Chapter 7 Means Test Exemption Official Form 122A-1 Supplement, if applicable
- Chapter 7 Means Test Calculation Official Form 122A-2
- Statement of Intention

**Your case is subject to dismissal if you fail to file the missing documents or otherwise request a hearing in writing by the above date.**[1]

Date: 12/22/2023                    Kenneth S. Gardner, Clerk
                                    U.S. Custom House, 721 19th Street, Denver, CO 80202

Create your "List of Creditors" online: http://www.cob.uscourts.gov/efile/sam/signup.aspx
The Official Bankruptcy Forms are available at http://www.uscourts.gov/forms/bankruptcy-forms
The Official Local Bankruptcy Forms are available at http://www.cob.uscourts.gov/forms/all-forms
For more information on how to file the missing document(s) or information about your case:
        Call: 720-904-7300
        Live Chat Online: www.cob.uscourts.gov

---

[1] See 11 U.S.C. § 521 and/or 11 U.S.C. §1116, Federal Rule of Bankruptcy Procedure 1007 and/or 3015, and/or Local Bankruptcy Rule 1007-6, and 1007-7.