**Payslip**

| Bulletin Board |
|---|
|  |

| Team Member Name | Team Member Number | Hire Date |
|---|---|---|
| Michael Whitfield | 800813450 | 08/01/2023 |
| **Team Member Address** | **Employer** | **Employer Address** |
| 9124 Madeleine st<br>Federal Heights, CO 80260 | Isle of Capri Black Hawk LLC<br>DBA Isle Casino Hotel Black Hawk<br>Phone# 1-866-955-7975 | 401 Main St<br>Black Hawk, CO 80422 |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 10/27/2023 | 11/09/2023 | 11/16/2023 | $30.00 |

| Tax Withholding Information | | | | |
|---|---|---|---|---|
| **Type** | **Marital Status** | **Total Dependent Amount** | **Exemptions** | **Extra Withholding** |
| FEDERAL | Head of household | $0.00 | | $0.00 |
| CO | | | | $0.00 |

| Summary | | | | |
|---|---|---|---|---|
|  | **Gross Earnings** | **Pretax Deductions** | **Tax Deductions** | **Other Deductions** | **Net Pay** |
| Current | $2,600.08 | $288.25 | $326.34 | $74.85 | $1,910.64 |
| Year to Date | $15,320.05 | $288.25 | $2,512.30 | $216.67 | $12,302.83 |

| Hours & Earnings Summary | | | | | | |
|---|---|---|---|---|---|---|
| **Description** | **Rate** | **Multiplier** | **Current Hours/Units** | **Current Earnings** | **Year to Date Hours/Units** | **Year to Date Earnings** |
| REG | $30.00 | 1.00 | 80.00 | $2,400.00 | 470.00 | $14,100.00 |
| SHIFT DIFFERENTIAL at 150 | $1.50 | 1.00 | 65.00 | $97.50 | 379.00 | $568.50 |
| OT | $30.00 | 1.00 | 2.25 | $67.50 | 4.75 | $142.50 |
| OT PREM | $31.19 | 0.50 | 1.50 | $23.39 | 4.75 | $74.05 |
| OT PREM | $31.18 | 0.50 | 0.75 | $11.69 | 4.75 | $74.05 |
| TRAINING | | | | $0.00 | | $435.00 |

| Tax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Social Security Employee Withheld | $148.17 | $936.81 |
| SIT Withheld (CO) | $94.00 | $609.00 |
| FIT Withheld | $38.77 | $679.41 |
| Medicare Employee Withheld | $34.65 | $219.09 |
| Family Leave Insurance Employee Withh | $10.75 | $67.99 |

| Pretax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| HEALTH CARE FSA | $200.00 | $200.00 |
| K401 BASIC | $78.00 | $78.00 |
| DENTAL | $8.66 | $8.66 |
| VISION | $1.59 | $1.59 |

| Other Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| BUS PASS | $40.00 | $40.00 |
| MEAL DEDUCTION | $23.41 | $85.23 |
| EE OPT LIFE | $4.81 | $4.81 |
| EMPLOYEE OPT STD | $4.79 | $4.79 |
| EMPLOYEE OPT LTD | $1.84 | $1.84 |
| BUS PASS | $0.00 | $40.00 |
| BUS PASS | $0.00 | $40.00 |

| Time Off Balance | |
|---|---|
| **Description** | **Hours** |
| PTO VACATION AVAILABLE | 19.57 |

| Net Pay Distribution | | |
|---|---|---|
| **Check/Deposit Number** | **Account Number** | **Payment Amount** |
| Direct Deposit 1 | XXXXXXXXXXXXX7014 | $62.50 |
| Direct Deposit 2 | XXXXXXXXXXXXX1381 | $62.50 |
| Direct Deposit 3 | XXXXXXXXX4108 | $1,785.64 |

| Total Hours Worked | |
|---|---|
| **Description** | **Hours** |
| TOTAL HOURS WORKED | 82.25 |

**Payslip**

| Bulletin Board |
| --- |
| |

| Team Member Name | Team Member Number | Hire Date |
| --- | --- | --- |
| Michael Whitfield | 800813450 | 08/01/2023 |
| **Team Member Address** | **Employer** | **Employer Address** |
| 9124 Madeleine st<br>Federal Heights, CO 80260 | Isle of Capri Black Hawk LLC<br>DBA Isle Casino Hotel Black Hawk<br>Phone# 1-866-955-7975 | 401 Main St<br>Black Hawk, CO 80422 |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
| --- | --- | --- | --- | --- |
| Biweekly | 11/10/2023 | 11/23/2023 | 11/30/2023 | $30.00 |

| Tax Withholding Information | | | | |
| --- | --- | --- | --- | --- |
| Type | Marital Status | Total Dependent Amount | Exemptions | Extra Withholding |
| FEDERAL | Head of household | $0.00 | | $0.00 |
| CO | | | | $0.00 |

| Summary | | | | | |
| --- | --- | --- | --- | --- | --- |
| | Gross Earnings | Pretax Deductions | Tax Deductions | Other Deductions | Net Pay |
| Current | $2,961.62 | $299.10 | $413.72 | $36.50 | $2,212.30 |
| Year to Date | $18,281.67 | $587.35 | $2,926.02 | $253.17 | $14,515.13 |

| Hours & Earnings Summary | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Description | Rate | Multiplier | Current Hours/Units | Current Earnings | Year to Date Hours/Units | Year to Date Earnings |
| REG | $30.00 | 1.00 | 80.00 | $2,400.00 | 550.00 | $16,500.00 |
| OT | $30.00 | 1.00 | 8.75 | $262.50 | 13.50 | $405.00 |
| OT PREM | $32.26 | 0.50 | 8.75 | $141.12 | 13.50 | $215.17 |
| SHIFT DIFFERENTIAL at 150 | $1.50 | 1.00 | 72.00 | $108.00 | 451.00 | $676.50 |
| INCENTIVE | | | | $50.00 | | $50.00 |
| TRAINING | | | | $0.00 | | $435.00 |

| Tax Deductions | | |
| --- | --- | --- |
| Description | Current | Year to Date |
| Social Security Employee Withheld | $170.58 | $1,107.39 |
| SIT Withheld (CO) | $110.00 | $719.00 |
| FIT Withheld | $80.85 | $760.26 |
| Medicare Employee Withheld | $39.90 | $258.99 |
| Family Leave Insurance Employee Withh | $12.39 | $80.38 |
| | | |

| Pretax Deductions | | |
| --- | --- | --- |
| Description | Current | Year to Date |
| HEALTH CARE FSA | $200.00 | $400.00 |
| K401 BASIC | $88.85 | $166.85 |
| DENTAL | $8.66 | $17.32 |
| VISION | $1.59 | $3.18 |

| Other Deductions | | |
| --- | --- | --- |
| Description | Current | Year to Date |
| MEAL DEDUCTION | $25.06 | $110.29 |
| EE OPT LIFE | $4.81 | $9.62 |
| EMPLOYEE OPT STD | $4.79 | $9.58 |
| EMPLOYEE OPT LTD | $1.84 | $3.68 |
| BUS PASS | $0.00 | $40.00 |
| BUS PASS | $0.00 | $40.00 |
| BUS PASS | $0.00 | $40.00 |
| | | |

| Time Off Balance | |
| --- | --- |
| Description | Hours |
| PTO VACATION AVAILABLE | 23.12 |

| Net Pay Distribution | | |
| --- | --- | --- |
| Check/Deposit Number | Account Number | Payment Amount |
| Direct Deposit 1 | XXXXXXXXXXXXX7014 | $62.50 |
| Direct Deposit 2 | XXXXXXXXXXXXX1381 | $62.50 |
| Direct Deposit 3 | XXXXXXXXX4108 | $2,087.30 |

| Total Hours Worked | |
| --- | --- |
| Description | Hours |
| TOTAL HOURS WORKED | 88.75 |

**Payslip**

| Bulletin Board |
|---|
|  |

| Team Member Name | Team Member Number | Hire Date |
|---|---|---|
| Michael Whitfield | 800813450 | 08/01/2023 |

| Team Member Address | Employer | Employer Address |
|---|---|---|
| 9124 Madeleine st<br>Federal Heights, CO 80260 | Isle of Capri Black Hawk LLC<br>DBA Isle Casino Hotel Black Hawk<br>Phone# 1-866-955-7975 | 401 Main St<br>Black Hawk, CO 80422 |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 11/24/2023 | 12/07/2023 | 12/14/2023 | $30.00 |

| Tax Withholding Information | | | | |
|---|---|---|---|---|
| Type | Marital Status | Total Dependent Amount | Exemptions | Extra Withholding |
| FEDERAL | Head of household | $0.00 | | $0.00 |
| CO | | | | $0.00 |

| Summary | | | | | |
|---|---|---|---|---|---|
| | Gross Earnings | Pretax Deductions | Tax Deductions | Other Deductions | Net Pay |
| Current | $2,484.90 | $284.80 | $299.40 | $60.36 | $1,840.34 |
| Year to Date | $20,766.57 | $872.15 | $3,225.42 | $313.53 | $16,355.47 |

| Hours & Earnings Summary | | | | | | |
|---|---|---|---|---|---|---|
| Description | Rate | Multiplier | Current Hours/Units | Current Earnings | Year to Date Hours/Units | Year to Date Earnings |
| REG | $30.00 | 1.00 | 79.25 | $2,377.50 | 629.25 | $18,877.50 |
| SHIFT DIFFERENTIAL at 150 | $1.50 | 1.00 | 64.00 | $96.00 | 515.00 | $772.50 |
| OT | $30.00 | 1.00 | 0.25 | $7.50 | 13.75 | $412.50 |
| OT PREM | $31.19 | 0.50 | 0.25 | $3.90 | 13.75 | $219.07 |
| INCENTIVE | | | | $0.00 | | $50.00 |
| TRAINING | | | | $0.00 | | $435.00 |

| Tax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| Social Security Employee Withheld | $141.03 | $1,248.42 |
| SIT Withheld (CO) | $89.00 | $808.00 |
| Medicare Employee Withheld | $32.98 | $291.97 |
| FIT Withheld | $26.16 | $786.42 |
| Family Leave Insurance Employee Withh | $10.23 | $90.61 |

| Pretax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| HEALTH CARE FSA | $200.00 | $600.00 |
| K401 BASIC | $74.55 | $241.40 |
| DENTAL | $8.66 | $25.98 |
| VISION | $1.59 | $4.77 |

| Other Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| BUS PASS | $40.00 | $40.00 |
| MEAL DEDUCTION | $8.16 | $118.45 |
| EMPLOYEE OPT STD | $5.34 | $14.92 |
| EE OPT LIFE | $4.81 | $14.43 |
| EMPLOYEE OPT LTD | $2.05 | $5.73 |
| BUS PASS | $0.00 | $40.00 |
| BUS PASS | $0.00 | $40.00 |
| BUS PASS | $0.00 | $40.00 |

| Time Off Balance | |
|---|---|
| Description | Hours |
| PTO VACATION AVAILABLE | 26.30 |

| Net Pay Distribution | | |
|---|---|---|
| Check/Deposit Number | Account Number | Payment Amount |
| Direct Deposit 1 | XXXXXXXXXXXXX7014 | $62.50 |
| Direct Deposit 2 | XXXXXXXXXXXXX1381 | $62.50 |
| Direct Deposit 3 | XXXXXXXXX4108 | $1,715.34 |

| Total Hours Worked | |
|---|---|
| Description | Hours |
| TOTAL HOURS WORKED | 79.50 |

**Payslip**

| Bulletin Board |
|---|
| |

| Team Member Name | Team Member Number | Hire Date |
|---|---|---|
| Michael Whitfield | 800813450 | 08/01/2023 |
| **Team Member Address** | **Employer** | **Employer Address** |
| 9124 Madeleine st<br>Federal Heights, CO 80260 | Isle of Capri Black Hawk LLC<br>DBA Isle Casino Hotel Black Hawk<br>Phone# 1-866-955-7975 | 401 Main St<br>Black Hawk, CO 80422 |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 12/08/2023 | 12/21/2023 | 12/28/2023 | $30.00 |

| Tax Withholding Information | | | | |
|---|---|---|---|---|
| **Type** | **Marital Status** | **Total Dependent Amount** | **Exemptions** | **Extra Withholding** |
| FEDERAL | Head of household | $0.00 | | $0.00 |
| CO | | | | $0.00 |

| Summary | | | | | |
|---|---|---|---|---|---|
| | **Gross Earnings** | **Pretax Deductions** | **Tax Deductions** | **Other Deductions** | **Net Pay** |
| Current | $2,349.00 | $280.72 | $269.22 | $27.99 | $1,771.07 |
| Year to Date | $23,115.57 | $1,152.87 | $3,494.64 | $341.52 | $18,126.54 |

| Hours & Earnings Summary | | | | | | |
|---|---|---|---|---|---|---|
| **Description** | **Rate** | **Multiplier** | **Current Hours/Units** | **Current Earnings** | **Year to Date Hours/Units** | **Year to Date Earnings** |
| REG | $30.00 | 1.00 | 67.50 | $2,025.00 | 696.75 | $20,902.50 |
| PTO | $30.00 | 1.00 | 8.00 | $240.00 | 8.00 | $240.00 |
| SHIFT DIFFERENTIAL at 150 | $1.50 | 1.00 | 56.00 | $84.00 | 571.00 | $856.50 |
| INCENTIVE | | | | $0.00 | | $50.00 |
| OT PREM | | | | $0.00 | | $219.07 |
| OVERTIME | | | | $0.00 | | $412.50 |
| TRAINING | | | | $0.00 | | $435.00 |

| Tax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Social Security Employee Withheld | $132.60 | $1,381.02 |
| SIT Withheld (CO) | $83.00 | $891.00 |
| Medicare Employee Withheld | $31.01 | $322.98 |
| FIT Withheld | $12.98 | $799.40 |
| Family Leave Insurance Employee Withh | $9.63 | $100.24 |
| | | |

| Pretax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| HEALTH CARE FSA | $200.00 | $800.00 |
| K401 BASIC | $70.47 | $311.87 |
| DENTAL | $8.66 | $34.64 |
| VISION | $1.59 | $6.36 |

| Other Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| MEAL DEDUCTION | $15.79 | $134.24 |
| EMPLOYEE OPT STD | $5.34 | $20.26 |
| EE OPT LIFE | $4.81 | $19.24 |
| EMPLOYEE OPT LTD | $2.05 | $7.78 |
| BUS PASS | $0.00 | $40.00 |
| BUS PASS | $0.00 | $40.00 |
| BUS PASS | $0.00 | $40.00 |
| BUS PASS | $0.00 | $40.00 |

| Time Off Balance | |
|---|---|
| **Description** | **Hours** |
| PTO VACATION AVAILABLE | 21.00 |

| Net Pay Distribution | | |
|---|---|---|
| **Check/Deposit Number** | **Account Number** | **Payment Amount** |
| Direct Deposit 1 | XXXXXXXXXXXX1381 | $67.30 |
| Direct Deposit 2 | XXXXXXXXXXXXX7014 | $67.30 |
| Direct Deposit 3 | XXXXX1576 | $0.00 |

| Total Hours Worked | |
|---|---|
| **Description** | **Hours** |
| TOTAL HOURS WORKED | 67.50 |

**Payslip**

| Bulletin Board |
| --- |
|  |

| Team Member Name | Team Member Number | Hire Date |
| --- | --- | --- |
| Michael Whitfield | 800813450 | 08/01/2023 |
| **Team Member Address** | **Employer** | **Employer Address** |
| 9124 Madeleine st<br>Federal Heights, CO 80260 | Isle of Capri Black Hawk LLC<br>DBA Isle Casino Hotel Black Hawk<br>Phone# 1-866-955-7975 | 401 Main St<br>Black Hawk, CO 80422 |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
| --- | --- | --- | --- | --- |
| Biweekly | 10/27/2023 | 11/09/2023 | 11/16/2023 | $30.00 |

| Tax Withholding Information | | | | |
| --- | --- | --- | --- | --- |
| Type | Marital Status | Total Dependent Amount | Exemptions | Extra Withholding |
| FEDERAL | Head of household | $0.00 | | $0.00 |
| CO | | | | $0.00 |

| Summary | | | | | |
| --- | --- | --- | --- | --- | --- |
|  | Gross Earnings | Pretax Deductions | Tax Deductions | Other Deductions | Net Pay |
| Current | $2,600.08 | $288.25 | $326.34 | $74.85 | $1,910.64 |
| Year to Date | $15,320.05 | $288.25 | $2,512.30 | $216.67 | $12,302.83 |

| Hours & Earnings Summary | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Description | Rate | Multiplier | Current Hours/Units | Current Earnings | Year to Date Hours/Units | Year to Date Earnings |
| REG | $30.00 | 1.00 | 80.00 | $2,400.00 | 470.00 | $14,100.00 |
| SHIFT DIFFERENTIAL at 150 | $1.50 | 1.00 | 65.00 | $97.50 | 379.00 | $568.50 |
| OT | $30.00 | 1.00 | 2.25 | $67.50 | 4.75 | $142.50 |
| OT PREM | $31.19 | 0.50 | 1.50 | $23.39 | 4.75 | $74.05 |
| OT PREM | $31.18 | 0.50 | 0.75 | $11.69 | 4.75 | $74.05 |
| TRAINING | | | | $0.00 | | $435.00 |

| Tax Deductions | | |
| --- | --- | --- |
| Description | Current | Year to Date |
| Social Security Employee Withheld | $148.17 | $936.81 |
| SIT Withheld (CO) | $94.00 | $609.00 |
| FIT Withheld | $38.77 | $679.41 |
| Medicare Employee Withheld | $34.65 | $219.09 |
| Family Leave Insurance Employee Withh | $10.75 | $67.99 |
|  | | |

| Pretax Deductions | | |
| --- | --- | --- |
| Description | Current | Year to Date |
| HEALTH CARE FSA | $200.00 | $200.00 |
| K401 BASIC | $78.00 | $78.00 |
| DENTAL | $8.66 | $8.66 |
| VISION | $1.59 | $1.59 |
|  | | |

| Other Deductions | | |
| --- | --- | --- |
| Description | Current | Year to Date |
| BUS PASS | $40.00 | $40.00 |
| MEAL DEDUCTION | $23.41 | $85.23 |
| EE OPT LIFE | $4.81 | $4.81 |
| EMPLOYEE OPT STD | $4.79 | $4.79 |
| EMPLOYEE OPT LTD | $1.84 | $1.84 |
| BUS PASS | $0.00 | $40.00 |
| BUS PASS | $0.00 | $40.00 |
|  | | |

| Time Off Balance | |
| --- | --- |
| Description | Hours |
| PTO VACATION AVAILABLE | 19.57 |

| Net Pay Distribution | | |
| --- | --- | --- |
| Check/Deposit Number | Account Number | Payment Amount |
| Direct Deposit 1 | XXXXXXXXXXXXX7014 | $62.50 |
| Direct Deposit 2 | XXXXXXXXXXXXX1381 | $62.50 |
| Direct Deposit 3 | XXXXXXXXX4108 | $1,785.64 |

| Total Hours Worked | |
| --- | --- |
| Description | Hours |
| TOTAL HOURS WORKED | 82.25 |

**Payslip**

| Bulletin Board |
|---|
|  |

| Team Member Name | Team Member Number | Hire Date |
|---|---|---|
| Michael Whitfield | 800813450 | 08/01/2023 |
| **Team Member Address** | **Employer** | **Employer Address** |
| 9124 Madeleine st<br>Federal Heights, CO 80260 | Isle of Capri Black Hawk LLC<br>DBA Isle Casino Hotel Black Hawk<br>Phone# 1-866-955-7975 | 401 Main St<br>Black Hawk, CO 80422 |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 11/10/2023 | 11/23/2023 | 11/30/2023 | $30.00 |

| Tax Withholding Information | | | | |
|---|---|---|---|---|
| **Type** | **Marital Status** | **Total Dependent Amount** | **Exemptions** | **Extra Withholding** |
| FEDERAL | Head of household | $0.00 | | $0.00 |
| CO | | | | $0.00 |

| Summary | | | | | |
|---|---|---|---|---|---|
|  | **Gross Earnings** | **Pretax Deductions** | **Tax Deductions** | **Other Deductions** | **Net Pay** |
| Current | $2,961.62 | $299.10 | $413.72 | $36.50 | $2,212.30 |
| Year to Date | $18,281.67 | $587.35 | $2,926.02 | $253.17 | $14,515.13 |

| Hours & Earnings Summary | | | | | | |
|---|---|---|---|---|---|---|
| **Description** | **Rate** | **Multiplier** | **Current Hours/Units** | **Current Earnings** | **Year to Date Hours/Units** | **Year to Date Earnings** |
| REG | $30.00 | 1.00 | 80.00 | $2,400.00 | 550.00 | $16,500.00 |
| OT | $30.00 | 1.00 | 8.75 | $262.50 | 13.50 | $405.00 |
| OT PREM | $32.26 | 0.50 | 8.75 | $141.12 | 13.50 | $215.17 |
| SHIFT DIFFERENTIAL at 150 | $1.50 | 1.00 | 72.00 | $108.00 | 451.00 | $676.50 |
| INCENTIVE | | | | $50.00 | | $50.00 |
| TRAINING | | | | $0.00 | | $435.00 |

| Tax Deductions | | | | Pretax Deductions | | |
|---|---|---|---|---|---|---|
| **Description** | **Current** | **Year to Date** | | **Description** | **Current** | **Year to Date** |
| Social Security Employee Withheld | $170.58 | $1,107.39 | | HEALTH CARE FSA | $200.00 | $400.00 |
| SIT Withheld (CO) | $110.00 | $719.00 | | K401 BASIC | $88.85 | $166.85 |
| FIT Withheld | $80.85 | $760.26 | | DENTAL | $8.66 | $17.32 |
| Medicare Employee Withheld | $39.90 | $258.99 | | VISION | $1.59 | $3.18 |
| Family Leave Insurance Employee Withh | $12.39 | $80.38 | | | | |

| Other Deductions | | | | Time Off Balance | |
|---|---|---|---|---|---|
| **Description** | **Current** | **Year to Date** | | **Description** | **Hours** |
| MEAL DEDUCTION | $25.06 | $110.29 | | PTO VACATION AVAILABLE | 23.12 |
| EE OPT LIFE | $4.81 | $9.62 | | | |
| EMPLOYEE OPT STD | $4.79 | $9.58 | | | |
| EMPLOYEE OPT LTD | $1.84 | $3.68 | | | |
| BUS PASS | $0.00 | $40.00 | | | |
| BUS PASS | $0.00 | $40.00 | | | |
| BUS PASS | $0.00 | $40.00 | | | |

| Net Pay Distribution | | | | Total Hours Worked | |
|---|---|---|---|---|---|
| **Check/Deposit Number** | **Account Number** | **Payment Amount** | | **Description** | **Hours** |
| Direct Deposit 1 | XXXXXXXXXXXXX7014 | $62.50 | | TOTAL HOURS WORKED | 88.75 |
| Direct Deposit 2 | XXXXXXXXXXXXX1381 | $62.50 | | | |
| Direct Deposit 3 | XXXXXXXXX4108 | $2,087.30 | | | |

**Payslip**

| Bulletin Board |
|---|
| |

| Team Member Name | Team Member Number | | Hire Date |
|---|---|---|---|
| Michael Whitfield | 800813450 | | 08/01/2023 |
| **Team Member Address** | **Employer** | | **Employer Address** |
| 9124 Madeleine st<br>Federal Heights, CO 80260 | Isle of Capri Black Hawk LLC<br>DBA Isle Casino Hotel Black Hawk<br>Phone# 1-866-955-7975 | | 401 Main St<br>Black Hawk, CO 80422 |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 11/24/2023 | 12/07/2023 | 12/14/2023 | $30.00 |

| Tax Withholding Information | | | | |
|---|---|---|---|---|
| **Type** | **Marital Status** | **Total Dependent Amount** | **Exemptions** | **Extra Withholding** |
| FEDERAL | Head of household | $0.00 | | $0.00 |
| CO | | | | $0.00 |

| Summary | | | | | |
|---|---|---|---|---|---|
| | **Gross Earnings** | **Pretax Deductions** | **Tax Deductions** | **Other Deductions** | **Net Pay** |
| Current | $2,484.90 | $284.80 | $299.40 | $60.36 | $1,840.34 |
| Year to Date | $20,766.57 | $872.15 | $3,225.42 | $313.53 | $16,355.47 |

| Hours & Earnings Summary | | | | | | |
|---|---|---|---|---|---|---|
| **Description** | **Rate** | **Multiplier** | **Current Hours/Units** | **Current Earnings** | **Year to Date Hours/Units** | **Year to Date Earnings** |
| REG | $30.00 | 1.00 | 79.25 | $2,377.50 | 629.25 | $18,877.50 |
| SHIFT DIFFERENTIAL at 150 | $1.50 | 1.00 | 64.00 | $96.00 | 515.00 | $772.50 |
| OT | $30.00 | 1.00 | 0.25 | $7.50 | 13.75 | $412.50 |
| OT PREM | $31.19 | 0.50 | 0.25 | $3.90 | 13.75 | $219.07 |
| INCENTIVE | | | | $0.00 | | $50.00 |
| TRAINING | | | | $0.00 | | $435.00 |

| Tax Deductions | | | | Pretax Deductions | | |
|---|---|---|---|---|---|---|
| **Description** | **Current** | **Year to Date** | | **Description** | **Current** | **Year to Date** |
| Social Security Employee Withheld | $141.03 | $1,248.42 | | HEALTH CARE FSA | $200.00 | $600.00 |
| SIT Withheld (CO) | $89.00 | $808.00 | | K401 BASIC | $74.55 | $241.40 |
| Medicare Employee Withheld | $32.98 | $291.97 | | DENTAL | $8.66 | $25.98 |
| FIT Withheld | $26.16 | $786.42 | | VISION | $1.59 | $4.77 |
| Family Leave Insurance Employee Withh | $10.23 | $90.61 | | | | |

| Other Deductions | | | | Time Off Balance | |
|---|---|---|---|---|---|
| **Description** | **Current** | **Year to Date** | | **Description** | **Hours** |
| BUS PASS | $40.00 | $40.00 | | PTO VACATION AVAILABLE | 26.30 |
| MEAL DEDUCTION | $8.16 | $118.45 | | | |
| EMPLOYEE OPT STD | $5.34 | $14.92 | | | |
| EE OPT LIFE | $4.81 | $14.43 | | | |
| EMPLOYEE OPT LTD | $2.05 | $5.73 | | | |
| BUS PASS | $0.00 | $40.00 | | | |
| BUS PASS | $0.00 | $40.00 | | | |
| BUS PASS | $0.00 | $40.00 | | | |

| Net Pay Distribution | | | | Total Hours Worked | |
|---|---|---|---|---|---|
| **Check/Deposit Number** | **Account Number** | **Payment Amount** | | **Description** | **Hours** |
| Direct Deposit 1 | XXXXXXXXXXXXX7014 | $62.50 | | TOTAL HOURS WORKED | 79.50 |
| Direct Deposit 2 | XXXXXXXXXXXXX1381 | $62.50 | | | |
| Direct Deposit 3 | XXXXXXXXX4108 | $1,715.34 | | | |

**Payslip**

| Bulletin Board |
|---|
| |

| Team Member Name | Team Member Number | Hire Date |
|---|---|---|
| Michael Whitfield | 800813450 | 08/01/2023 |
| **Team Member Address** | **Employer** | **Employer Address** |
| 9124 Madeleine st<br>Federal Heights, CO 80260 | Isle of Capri Black Hawk LLC<br>DBA Isle Casino Hotel Black Hawk<br>Phone# 1-866-955-7975 | 401 Main St<br>Black Hawk, CO 80422 |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 12/08/2023 | 12/21/2023 | 12/28/2023 | $30.00 |

| Tax Withholding Information | | | | |
|---|---|---|---|---|
| Type | Marital Status | Total Dependent Amount | Exemptions | Extra Withholding |
| FEDERAL | Head of household | $0.00 | | $0.00 |
| CO | | | | $0.00 |

| Summary | | | | | |
|---|---|---|---|---|---|
| | Gross Earnings | Pretax Deductions | Tax Deductions | Other Deductions | Net Pay |
| Current | $2,349.00 | $280.72 | $269.22 | $27.99 | $1,771.07 |
| Year to Date | $23,115.57 | $1,152.87 | $3,494.64 | $341.52 | $18,126.54 |

| Hours & Earnings Summary | | | | | | |
|---|---|---|---|---|---|---|
| Description | Rate | Multiplier | Current Hours/Units | Current Earnings | Year to Date Hours/Units | Year to Date Earnings |
| REG | $30.00 | 1.00 | 67.50 | $2,025.00 | 696.75 | $20,902.50 |
| PTO | $30.00 | 1.00 | 8.00 | $240.00 | 8.00 | $240.00 |
| SHIFT DIFFERENTIAL at 150 | $1.50 | 1.00 | 56.00 | $84.00 | 571.00 | $856.50 |
| INCENTIVE | | | | $0.00 | | $50.00 |
| OT PREM | | | | $0.00 | | $219.07 |
| OVERTIME | | | | $0.00 | | $412.50 |
| TRAINING | | | | $0.00 | | $435.00 |

| Tax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| Social Security Employee Withheld | $132.60 | $1,381.02 |
| SIT Withheld (CO) | $83.00 | $891.00 |
| Medicare Employee Withheld | $31.01 | $322.98 |
| FIT Withheld | $12.98 | $799.40 |
| Family Leave Insurance Employee Withh | $9.63 | $100.24 |
| | | |

| Pretax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| HEALTH CARE FSA | $200.00 | $800.00 |
| K401 BASIC | $70.47 | $311.87 |
| DENTAL | $8.66 | $34.64 |
| VISION | $1.59 | $6.36 |

| Other Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| MEAL DEDUCTION | $15.79 | $134.24 |
| EMPLOYEE OPT STD | $5.34 | $20.26 |
| EE OPT LIFE | $4.81 | $19.24 |
| EMPLOYEE OPT LTD | $2.05 | $7.78 |
| BUS PASS | $0.00 | $40.00 |
| BUS PASS | $0.00 | $40.00 |
| BUS PASS | $0.00 | $40.00 |
| BUS PASS | $0.00 | $40.00 |
| | | |

| Time Off Balance | |
|---|---|
| Description | Hours |
| PTO VACATION AVAILABLE | 21.00 |

| Net Pay Distribution | | |
|---|---|---|
| Check/Deposit Number | Account Number | Payment Amount |
| Direct Deposit 1 | XXXXXXXXXXXXX1381 | $67.30 |
| Direct Deposit 2 | XXXXXXXXXXXXX7014 | $67.30 |
| Direct Deposit 3 | XXXXX1576 | $0.00 |

| Total Hours Worked | |
|---|---|
| Description | Hours |
| TOTAL HOURS WORKED | 67.50 |

United States Bankruptcy Court - District of Colorado
Online Filing Tool Submission

Submitted: 1/3/2024 6:17:14 AM

User Information

Michael Whitfield
9124 Madeleine ST
Federal Heights
CO
80260

mpwhitfield@gmail.com
719-238-8300