MICHAEL P WHITFIELD
9124 MADELEINE ST
FEDERAL HEIGHTS CO 80260

UNITED STATES BANKRUPTCY COURT

DISTRICT OF COLORADO

| IN RE: MICHAEL PAUL WHITFIELD | Case No.: 23-15939-MER |
|---|---|
| Debtor(s) | Chapter 7 |
| | **DEBTOR(S)' MOTION TO REDEEM PERSONAL PROPERTY PURSUANT TO 11 U.S.C. § 722 AND BANKRUPTCY RULE 6008** |

Now come (s) the Debtor (s), and moves the court pursuant to 11 U.S.C. 722 and Bankruptcy Rule 6008 for a Redemption Order on the following grounds:

1. The item to be redeemed is tangible personal property intended primarily for personal, family or household use is more particularly described as follows: **2011 NISSAN XTERRA – VIN # 5N1AN0NW2CC518273**

2. The interest of the Debtor (s) in such property is exempt or has been abandoned by the estate and the debt (which is secured by said property to the extent of the allowed secured claim of the Creditor) is a dischargeable consumer debt.

3. The allowed secured claim of said Creditor for purposes of redemption, the "redemption value", should be determined to be not more than $500 as evidenced by the attached written appraisal.

4. According to AutoCheck, this vehicle was involved in an accident on or about January 29, 2022 and was declared to be a "Total Insurance Loss".

5. Debtor purchased vehicle in September 2022, in its original wrecked condition with the intention of repairing the vehicle.

6. No repairs have been performed on the vehicle since its original purchase by the Debtor.

7. Arrangements have been made by the Debtor (s) to pay to the said Creditor up to the aforesaid amount in a lump sum should this motion be granted.

DEBTOR(S)' MOTION TO REDEEM PERSONAL PROPERTY PURSUANT TO 11 U.S.C. § 722 AND BANKRUPTCY RULE 6008 - 1

8.   WHEREFORE, the Debtor (s) request (s) the Court to order the said Creditor to accept from the Debtor (s) the lump sum payment of the redemption value and release their lien of record.  In the event the said Creditor objects to this motion, the Debtor (s) requests the Court to determine the value of the property as of the time of the hearing on such objection.

Dated this 4th day of January, 2024

Michael Paul Whitfield
Debtor

**NOTICE**

Notice is hereby given that unless an objection is made to this motion within 21 days following the date of service below, an order sustaining the motion may be granted by the Court.

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been served upon: the Creditor's above noted, the U.S. Trustee, and the Chapter 7 Trustee by mailing a copy hereof by first class U.S. Mail on this 4th day of January, 2024.

Michael Paul Whitfield
Debtor

DEBTOR(S)' MOTION TO REDEEM PERSONAL PROPERTY PURSUANT TO 11 U.S.C. § 722 AND BANKRUPTCY RULE 6008 - 2



Vehicle Appraisal

[redacted]

Print this page

## Experian AutoCheck Result for 5N1AN0NW2CC518273

**Date of Report: 10/11/2023**

**Vehicle Identification:**

| | |
|---|---|
| **VIN:** | 5N1AN0NW2CC518273 |
| **Year:** | 2012 |
| **Make:** | Nissan |
| **Model:** | Xterra |
| **Body:** | SUV 4D |
| **Engine:** | 4.0L V6 FI |
| **Country:** | United States |
| **Class:** | SUV - Midsize |

**Vehicle History Title:**

| | |
|---|---|
| **Latest Odometer:** | 84441 |
| **Odometer Rollback:** | False |
| **History Entries:** | 38 |
| **Age:** | 11 |
| **Owners:** | 3 |
| **AutoCheck Score:** | 71 |
| **AutoCheck Range:** | 76 - 86 |

**Odometer Data:**

| Date | Reading |
|---|---|
| 12/10/2012 | 280 Miles |
| 11/29/2016 | 26718 Miles |
| 9/7/2022 | 84441 Miles |
| Branch | 85390 |

**** No title brand issues have been reported by Experian AutoCheck for this vehicle ****

**Accident Reports:**

| Date | Location | Source | Category | Narrative |
|---|---|---|---|---|
| 1/29/2022 | CO | Auto Insurance Source | Insurance Loss | Vehicle Reported as Total Loss |
| 1/29/2022 | | Auto Insurance Source | Insurance Loss | Vehicle Loss Caused by Collision |
| 2/1/2022 | MORRISON CO | Damage Report | Accident Data | Accident or Damage Reported |

**** No structural damage issues have been reported by Experian AutoCheck for this vehicle ****

**Most Current Title Event:**

| Date | Miles | Location | Source | Category | Narrative |
|---|---|---|---|---|---|
| 2/9/2023 | | DENVER CO | Motor Vehicle Dept. | Title | Title |

**Full Vehicle History:**

# YOUR OFFER IS READY

It seems your vehicle is a little outside our sweet spot. You've still got options.

| Your Carvana Offer | $100 | |
|---|---|---|
| | Get $4 more when you trade in. Details | |
| | Continue | **2012 Nissan Xterra** |
| | | PRO-4X Sport Utility 4D • 85,929 miles |
| | | VIN: 5N1AN0NW2CC518273 |
| | Expires Wednesday, January 10 | Edit vehicle details |

🚗 Some sweet rides are outside our sweet spot

Our offer might be lower than you expected, but it does represent our best offer based on everything we know about your vehicle. Cars with high mileage, older model years, title issues, or unique histories are often not a good fit for us.

## Breaking down your offer details

| | |
|---|---|
| Offer amount | $100 |
| Loan balance | - $4,600 |
| **Amount you owe** | **$4,500** |

**Your current loan balance is higher than your car's value.**

This is known as "negative equity." Part of this balance can be added into your new loan. Any additional balance will be paid as part of your down payment with purchase.

United States Bankruptcy Court - District of Colorado
Online Filing Tool Submission

Submitted: 1/4/2024 5:42:42 AM

User Information

Michael Whitfield
9124 Madeleine ST
Federal Heights
CO
80260

mpwhitfield@gmail.com
719-238-8300