**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero**

In re:

Michael Paul Whitfield

    Debtor.

Case No. 23-15939 MER

Chapter 7

**ORDER FOR COMPLIANCE WITH LOCAL BANKRUPTCY RULES**

THIS MATTER comes before the Court on the Debtor's Motion to Redeem Personal Property. The Court finds that Movant has failed to comply with applicable rules of procedure, noted more specifically below:

- L.B.R. 9013(a)(2): failure to file L.B.Form 9013-1.1 Notice with the Motion, as required by this rule and Fed.R.B.P. 6008;

- Fed.R.B.P. 2002 (c), (g): failure to serve a copy of the notice upon affected creditors and other parties in interest at their addresses of record, as of the date of filing the Motion;

- L.B.R. 9013-1.1: failure to file a proposed Order.

Accordingly, IT IS HEREBY ORDERED that Movant must cure the above-noted deficiency by the cure date listed below, failing which the Motion will be denied without further notice.

Deficiency Cure Date: **January 23, 2024**

DATED January 9, 2024

BY THE COURT:

Michael E. Romero, Judge
United States Bankruptcy Court