United States Bankruptcy Court
District of Colorado

In re:  Case No. 23-15939-MER
Michael Paul Whitfield  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1082-1 | User: admin | Page 1 of 1
Date Rcvd: Jan 09, 2024 | Form ID: pdf904 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2024:**

**Recip ID        Recipient Name and Address**
db        + Michael Paul Whitfield, 9124 Madeleine St, Denver, CO 80260-5190

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 11, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2024 at the address(es) listed below:

**Name**              **Email Address**
Jeanne Y. Jagow
                      trustee@jagowlaw.us  jjagow@jagowlaw.us;jjagow@ecf.axosfs.com

US Trustee
                      USTPRegion19.DV.ECF@usdoj.gov

TOTAL: 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero

In re:

Michael Paul Whitfield

Debtor.

Case No. 23-15939 MER

Chapter 7

**ORDER FOR COMPLIANCE WITH LOCAL BANKRUPTCY RULES**

THIS MATTER comes before the Court on the Debtor's Motion to Redeem Personal Property. The Court finds that Movant has failed to comply with applicable rules of procedure, noted more specifically below:

- L.B.R. 9013(a)(2): failure to file L.B.Form 9013-1.1 Notice with the Motion, as required by this rule and Fed.R.B.P. 6008;

- Fed.R.B.P. 2002 (c), (g): failure to serve a copy of the notice upon affected creditors and other parties in interest at their addresses of record, as of the date of filing the Motion;

- L.B.R. 9013-1.1: failure to file a proposed Order.

Accordingly, IT IS HEREBY ORDERED that Movant must cure the above-noted deficiency by the cure date listed below, failing which the Motion will be denied without further notice.

Deficiency Cure Date: **January 23, 2024**

DATED January 9, 2024                    BY THE COURT:

Michael E. Romero, Judge
United States Bankruptcy Court