**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: | ) |
| | ) |
| **Michael Pual Whitfield,** | )    **CASE NO. 23-15939-MER** |
| | )    **Chapter 7** |
| Debtor | ) |

**MOTION FOR APPROVAL OF REAFFIRMATION AGREEMENT**

COMES NOW, Creditor, Premier Members Credit Union, by and through its undersigned attorneys, and respectfully requests this Honorable Court to approve the Reaffirmation Agreement filed on January 15, 2024 as Document No. 21. In support hereof, Movant states as follows:

1. The Debtor was not represented by an attorney in connection with this reaffirmation agreement.

2. The Debtor has indicated that his present monthly income is $5,532.00 and that his current monthly expenses are $4,083.00, leaving $1,449.00 to pay for this reaffirmed debt. The monthly amount required to pay this reaffirmed debt is $268.35.

3. The Debtor has indicated that he has been able to make the payments on this loan since the loan originated.

4. The loan documents between the parties provide for loan default upon the Debtor filing for bankruptcy relief or becoming insolvent.

5. There is no presumption of undue hardship as the Creditor is a credit union.

WHEREFORE, Creditor respectfully requests an order approving the Reaffirmation Agreement filed on December as Document No. 21.

DATED this 15th day of January, 2024.

    Respectfully Submitted,

    HOLST & TEHRANI, LLP

    */s/ Iman Tehrani*
    Iman Tehrani, Atty. No. 44076
    PO Box 298
    Longmont, CO  80501
    303-772-6666
    Email: iman@shlaw.biz