**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: | ) |
| | ) |
| **Michael Pual Whitfield,** | )  **CASE NO. 23-15939-MER** |
| | )  **Chapter 7** |
| Debtor | ) |

**ORDER ON REAFFIRMATION AGREEMENT**

The Creditor, Premier Members Credit Union, has filed a motion for approval of Reaffirmation Agreement dated January 15, 2024, made between the Debtor and Premier Members Credit Union Document No. 21. The court held the hearing required by 11 U.S.C. 524(d) on notice to the debtor and the creditor on _____(date).

COURT ORDER:   ____   The court grants the Creditor's motion under 11 U.S.C. 524(c)(6)(A) and approves the reaffirmation agreement described above as not imposing an undue hardship on the debtor(s) or a dependent of the debtor(s) and as being in the best interest of the debtor(s).

____   The court approves the Creditor's motion under 11 U.S.C. 524(k)(8) and approves the reaffirmation agreement described above.

____   The court does not disapprove the reaffirmation agreement under 11 U.S.C. 524(m).

____   The court disapproves the reaffirmation agreement under 11 U.S.C. 524(m).

____   The court does not approve the reaffirmation agreement.

DATED _____, 20____.

BY THE COURT:

_____
United States Bankruptcy Judge