**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero**

In re:

**MICHAEL PAUL WHITFIELD**

Debtor.

Case No. 23-15939 MER

Chapter 7

**NOTICE OF HEARING WITH RESPECT TO AN
AGREEMENT TO REAFFIRM A DEBT**

Debtor filed a reaffirmation agreement with Premier Members Credit Union ("Creditor"). Debtor is not represented by counsel so a hearing must be held to consider whether the reaffirmation agreement (i) does not impose an undue hardship on the Debtor or a dependent of the Debtor and (ii) is in the best interest of the Debtor. Accordingly,

NOTICE IS HEREBY GIVEN that a telephonic hearing will be held on **Wednesday, February 28, 2024, at 11:00 a.m.,** with respect to an agreement to reaffirm a debt between the Creditor and the Debtor. All information regarding telephonic appearances, including the phone number, is available on the Court's website at:
https://www.cob.uscourts.gov/content/judge-michael-e-romero-mer.

DATED: January 18, 2024

BY ORDER OF THE COURT:

KENNETH S. GARDNER, CLERK

By: Deborah L. Beatty, Deputy Clerk
United States Bankruptcy Court
U.S. Custom House
721 19th Street
Denver, Colorado 80202-2508