| Fill in this information to identify your case | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | |
| Debtor 1: MICHAEL   PAUL   WHITFIELD | Case #: | 23-15939-MER |
| Debtor 2: | Chapter: | 7 |

## Local Bankruptcy Form 9013-1.1
## Notice of Motion/Application

**Complete applicable sections.**

### Part 1   Objection Deadline

Objection Deadline: **JAN 29 2024**.

### Part 2   Notice

NOTICE IS HEREBY GIVEN that **MICHAEL P WHITFIELD** (the "Movant"), has filed a motion/application, **Debtor's Motion to Redeem Personal Property** (the "Motion"), with the Court and requests the following relief:

**TO REDEEM THE 2011 NISSAN XTERRA, VIN #  5N1AN0NW2CC518273, FOR A MARKET VALUE OF $500, TO CANCEL THE LEIN ON THE VEHICLE, AND TO RELEASE TITLE FOR SAID VEHICLE TO THE DEBTOR.**

If you oppose the Motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the Movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

### Part 3   Signature of Movant's Attorney or Movant (if unrepresented)

Dated: JAN 13 2024

By: *[signature]*
MICHAEL P WHITFIELD, DEBTOR

Bar Number (if applicable):  ___N/A_____
Mailing Address:  9124 MADELEINE ST
FEDERAL HEIGHTS CO 80260
Telephone number:  719-238-8300
E-mail address:  MPWHITFIELD@GMAIL.COM

United States Bankruptcy Court - District of Colorado
Online Filing Tool Submission

Submitted: 1/18/2024 1:48:10 PM

User Information

Michael Whitfield
9124 Madeleine ST
Federal Heights
CO
80260

mpwhitfield@gmail.com
719-238-8300