| Fill in this information to identify your case | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | |
| Debtor 1: MICHAEL PAUL WHITFIELD | Case #: | 23-15939-MER |
| First Name   Middle Name   Last Name | | |
| Debtor 2: | Chapter: | 7 |
| First Name   Middle Name   Last Name | | |

# Local Bankruptcy Form 9013-1.2
## Certificate of Service

**Complete applicable sections and delete inapplicable sections.**

### Part 1   L.B.R. 9013-1 Certificate of Service of Motion, Notice, and Proposed Order

I certify that on **Jan 13, 2024**, I served a complete copy of **Motion to Redeem Personal Property, Notice, and Proposed Order** (DOCUMENTS #18 and 24) on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

1) CHAPTER 7 PANEL TRUSTEE, VIA CM/ECF;

2) US TRUSTEE, VIA CM/ECF;

3) MOUNTAIN AMERICA FEDERAL CREDIT UNION – PERFORMED MULTIPLE SERVICES:

   a. VIA US FIRST CLASS MAIL ON THURSDAY JAN 4 TO 9800 South Monroe St, Sandy UT, 84070.

   b. VIA IN PERSON DELIVERY – c/o CT CORPORATION SYSTEM - 7700 E ARAPAHOE RD STE 220, CENTENNIAL, CO 80112-1268 – PERFORMED MON JAN 22, 2024 at 12:38PM

   CT CORPORATION SYSTEM IS THE COLORADO REGISTERED AGENT FOR MOUNTAIN AMERICA FEDERAL CREDIT UNION PER COLORADO SECRETARY OF STATE

### Part 3   Signature

Dated: JAN 22 2024

By: *[signature]*
MICHAEL P WHITFIELD, DEBTOR

Bar Number (if applicable):  ___N/A_____
Mailing Address:  9124 MADELEINE ST
Telephone number:  719-238-8300
Facsimile number:  N/A
E-mail address:  MPWHITFIELD@GMAIL.COM




Skip to content  |  About Secretary Griswold  |  Español

**For this Record...**
Filing history and documents
Get a certificate of good standing
File a form
Subscribe to email notification
Unsubscribe from email notification
Subscribe to text notification
Unsubscribe from text notification

Business Home
Business Information
Business Search

FAQs, Glossary and Information

# Summary

| Details | | | |
|---|---|---|---|
| **Name** | Mountain America Federal Credit Union | | |
| **Status** | Good Standing | **Formation date** | 08/02/2019 |
| **ID number** | 20191628437 | **Form** | Foreign Nonprofit Corporation |
| **Periodic report month** | January | **Jurisdiction** | Utah |
| **Principal office street address** | 9800 S Monroe St, Sandy, UT 84070, US | | |
| **Principal office mailing address** | 9800 S Monroe St, Sandy, UT 84070, US | | |

| Registered Agent | |
|---|---|
| **Name** | C T Corporation System |
| **Street address** | 7700 E ARAPAHOE RD STE 220, CENTENNIAL, CO 80112-1268, United States |
| **Mailing address** | 7700 E ARAPAHOE RD STE 220, CENTENNIAL, CO 80112-1268, United States |

Filing history and documents

Get a certificate of good standing

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

Subscribe to text notification

Unsubscribe from text notification

[ Back ]

Terms & conditions | Accessibility statement | Browser compatibility

United States Bankruptcy Court - District of Colorado
Online Filing Tool Submission

Submitted: 1/22/2024 1:16:17 PM

User Information

Michael Whitfield
9124 Madeleine ST
Federal Heights
CO
80260

mpwhitfield@gmail.com
719-238-8300