UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE: )
Michael Paul Whitfield )
) Case No. 23-15939-MER
Debtor(s) )
)

## STIPULATION TO TURNOVER TO THE TRUSTEE

**I agree to turn over by email to trustee@jagowlaw.us or by mail to the address below with my name & case number in the subject of each email & on each document:**

1. Signed dated copies of all of my **2023 Federal & State Tax Returns** to the Chapter 7 Trustee at the email address below **as soon as filed but no later than APRIL 15, 2024**.

2. **All nonexempt 2023 tax refunds** shall be mailed the Trustee at the address below within five (5) days of receipt of a nonexempt tax refund **with the nonexempt wages of $327.29** by the original tax refund check, personal check, money order or cashier's check payable to "Jeanne Jagow, Trustee, Case No. 23-15939-MER.

3. **All proceeds from the sale of the current season of Avalanche season tickets or the fair market value of the tickets used shall be turned over to the Trustee as the tickets are used or proceeds received.**

4. I understand that if I spend or give away any part of these refunds or other nonexempt asset without the Trustee's prior written permission or fail to turnover these items to the Trustee as required that I have violated a court order and the U.S. Bankruptcy Court could revoke any Discharge of Debts that I have received in this case.

5. I agree that the Trustee shall be entitled to obtain any document, report, return or tax refund check or information from the Internal Revenue Service, the Colorado Department of Revenue or any other taxing authority, and that the Trustee shall be deemed to be my authorized representative under C.R.S. 39-21-113 (4)(b) only for purposes of obtaining any such document, report, return or check. I hereby authorize the Trustee to send a letter to the taxing authorities requesting that any refunds due to me as of the date that my case was filed be sent directly to the Trustee. Any portion of any such tax refund check that is not property of the estate will be returned to me or applied to other nonexempt assets.

6. I understand that this Stipulation will be filed with the U.S. Bankruptcy Court for entry of a Court Order approving this Stipulation without further notice and hearing. After this Order has been signed it shall have all the force and effect of the law as provided by the U.S. Bankruptcy Code 11 U.S.C. § 101 <u>et seq</u>.

Date: February 2, 2024

_____
Debtor's Signature
Debtor's Email:   mpwhitfield@gmail.com

_____
Co-Debtor's Signature
Co-Debtor's Email:_____

Pro se_____
Attorney for Debtor(s) Signature
Attorney Email:

/s/ Jeanne Y. Jagow
Jeanne Y. Jagow, Chapter 7 Trustee
P.O. Box 271088, Littleton, CO 80127
Fax: 303-265-9506 Voice: 303-798-1255
Email: trustee@jagowlaw.us