(COB Form otrst4turn7)(12/03)Order Relating Ch7 Tr Stip. Turnover

# UNITED STATES BANKRUPTCY COURT
## District of Colorado

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address:

    Michael Paul Whitfield

aka(s), if any will be listed on the following page.

|  |  |
|---|---|
| Case No.: | 23–15939–MER |
| Chapter: | 7 |

### ORDER APPROVING TRUSTEE'S STIPULATION FOR TURNOVER

THIS MATTER is before the Court on the Chapter 7 Trustee's Stipulation for Turnover. Good cause appearing, it is

ORDERED that the Chapter 7 Trustee's Stipulation for Turnover of 2023 Tax Returns, Nonexempt Refunds, & Wages & Avalanche ticket sales filed 02/12/2024 , is hereby APPROVED.

Dated:  2/13/24

FOR THE COURT:

s/ Michael E. Romero
United States Bankruptcy Judge

## Aliases Page

**Debtor aka(s):**
No Aliases for Debtor