| Fill in this information to identify your case | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO** | |
| Debtor 1: MICHAEL   PAUL   WHITFIELD<br>First Name   Middle Name   Last Name | Case #: 23-15939-MER |
| Debtor 2: _____<br>First Name   Middle Name   Last Name | Chapter: 7 |

## Local Bankruptcy Form 9013-1.3
## Movant's Certificate of Non-Contested Matter and Request for Entry of Order

**Complete applicable sections.**

### Part 1 — Certificate

On **January 4, 2024**, **Michael Paul Whitfield** (the "Movant"), filed a motion or application pursuant to L.B.R. 2002-1 or 9013-1 entitled, **Motion to Redeem Personal Property Pursuant to 11 U.S.C. § 722 and Bankruptcy Rule 6008** (the "Motion") at docket no. **18**. Movant hereby certifies that the following is true and correct:

1. Service of the Motion, Notice, and Proposed Order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Federal Rules of Bankruptcy Procedure and the Court's Local Rules as is shown on the Certificate of Service, L.B.F. 9013-1.2, previously filed with the Motion on **January 22, 2024**.
2. The docket numbers for each of the following relevant documents are:
   a. the Motion and all documents attached thereto and served therewith, docket no., **18**;
   b. the Notice, docket no., **24**;
   c. the Certificate of Service of the Motion and the Notice, docket no., **26**;
   d. the Proposed Order, docket no., **18-2**; and
3. No objections to or requests for hearing on the Motion were received by the undersigned, or filed with the Court by the date designated in the Notice, or all objections have been resolved by Court order, docket no., **N/A.**

Accordingly, Movant requests that the Court enter an order granting the requested relief.

### Part 2 — Signature of Movant's Attorney or Movant (if unrepresented)

Dated: FEBRUARY 13, 20266

By: *[signature: Michael P Whitfield]*

Signature

Bar Number (if applicable): PRO SE
Mailing Address: 9124 MADELEINE ST
Telephone number: 719-238-8300
E-mail address: MPWHITFIELD@GMAIL.COM

United States Bankruptcy Court - District of Colorado
Online Filing Tool Submission

Submitted: 2/14/2024 11:17:24 AM

User Information

Michael Whitfield
9124 Madeleine ST
Federal Heights
CO
80260

mpwhitfield@gmail.com
719-238-8300