UNITED STATES BANKRUPTCY COURT

DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: MICHAEL PAUL WHITFIELD,<br><br>    Debtor, | Case No.: 23-15939-MER<br><br>**ORDER GRANTING DEBTOR(S)' MOTION TO REDEEM PERSONAL PROPERTY PURSUANT TO 11 U.S.C. § 722 AND BANKRUPTCY RULE 6008** |

Upon the motion of the Debtor (s) and there having been no responsive filing or objection within the time required, the Court orders as follows:

**IT HEREBY ORDERED,**

1. That the Debtor (s) may redeem the subject property by paying to the Creditor on or before the thirtieth (30th) day following entry of this Order the redemption amount.

2. Upon timely receipt of such payment, the Creditor is ordered to cancel its lien of record and surrender the certificate of title in accord with the Debtor instruction.

3. In the event of the failure of the Creditor to so cancel its lien within three (3) days after payment pursuant to the entry of this Order, then this Order shall serve as an authorization for the said lien to be canceled, and it is Ordered that the applicable County Clerk's Office shall cancel same of record.

4. In the event of the failure of the Debtor (s) to pay the redemption amount within such time frame, the automatic stay shall immediately terminate.

ORDER GRANTING DEBTOR(S)' MOTION TO REDEEM PERSONAL PROPERTY PURSUANT TO 11 U.S.C. § 722 AND BANKRUPTCY RULE 6008 - 1

**SO ORDERED** this 28th day of February, 2024 .

_____
Bankruptcy Judge

Copies to:

Creditor

U.S. Trustee

Chapter 7 Trustee

ORDER GRANTING DEBTOR(S)' MOTION TO REDEEM PERSONAL PROPERTY PURSUANT TO 11 U.S.C. § 722 AND BANKRUPTCY RULE 6008 - 2