**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| **IN RE:**<br>Michael Paul Whitfield<br><br>**Debtor(s)** | **Case No.** 23-15939-MER<br><br>**Chapter** 7 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

    COMES NOW P. Matthew Cox of the law firm of Spencer Fane LLP and hereby enters his appearance on behalf of Ally Bank, party in interest in the above-captioned case, and requests copies of all pleadings and notices in this case be sent to:

        P. Matthew Cox ((9879))
        Spencer Fane LLP
        10 Exchange Place, 11th Floor

        Salt Lake City UT 84111

    Neither this Entry of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive: (i) Movant's right to have final orders in non-core matters entered only after de novo reviewed by a district judge (ii) Movant's right to trial.

    DATED this April 11, 2024

                                          Spencer Fane LLP

                                          */s/  P. Matthew Cox*
                                          P. Matthew Cox ((9879))
                                          10 Exchange Place, 11th Floor

                                          Salt Lake City UT 84111
                                          Telephone : (801) 521-9000
                                          Fax : (801) 363-0400
                                          mcox@spencerfane.com
                                          Attorney for Ally Bank

## CERTIFICATE OF SERVICE

I certify that on April 11, 2024, I caused to be served a true and correct copy of the foregoing Entry of Appearance and Request for Notice by electronic mail or by first class mail with postage prepaid on the following:

*Via US Mail*

Michael Paul Whitfield
9124 Madeleine St
Denver, CO 80260

Paige Nguyen
9275 Utica ST
Westminster, CO 80031

*Via CM / ECF / NEF*
Jeanne Y. Jagow
P.O. Box 271088
Littleton, CO 80127
trustee@jagowlaw.us

U.S. TRUSTEE
Byron G. Rogers Federal Building,
1961 Stout St. Ste. 12-200
Denver, CO 80294
USTPRegion19.DV.ECF@usdoj.gov

*/s/ Cathy Bush*
4515 N. Santa Fe Ave.
Oklahoma City OK 73118