

**PREMIER MEMBERS**
THE ARTISANS OF BANKING
360 INTERLOCKEN BLVD.
BROOMFIELD, CO 80021

Bankruptcy Clerks office

US Bankruptcy Court

US Custom House

721 19th St.

Denver, CO 80202

To whom it may concern,

Please withdraw our claim number 1 registered on 9/17/2024 as this debt has been paid in full.

*Case# 24-15389*

Thank you

Amy Gunter

RE Loss Mitigation and Compliance Manager

Premier Members Credit Union

303 657 7706

U.S. Bankruptcy Court

District of Colorado

Notice of Electronic Claims Filing

The following transaction was received from Premier Members Credit Union on 9/17/2024 at 12:39 PM MDT

File another claim
**Case Name:** Regina L. Bettale
**Case Number:** 24-15389-TBM
**Creditor Name:** Premier Members Credit Union
360 Interlocken Blvd.
Broomfield, CO 80021
**Claim Number:** 1   Claims Register
**Amount Claimed:** $6894.73
**Amount Secured:**
**Amount Priority:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** BETTALE PAYOFF 2024-09-17-12-18-46.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=985638001 [Date=9/17/2024] [FileNumber=49737714-0
] [5fe1ab5d712594f2bc4cc2f572b0ef5cb25bd392444a16d5e6114cd347a0927e92d
ba08dea1d6c038bbb8ff588d5bc564fbf3f59934efae14c3b8120bf94300e]]

**24-15389-TBM Notice will be electronically mailed to:**

Adam M Goodman
mail@ch13colorado.com, agoodman13@ecf.epiqsystems.com;trusteeCOB1Z@ecf.epiqsystems.com

C. Todd Morse on behalf of Debtor Regina L. Bettale
morse_associates@morsebankruptcy.com, legal.counselor@gmail.com

US Trustee
USTPRegion19.DV.ECF@usdoj.gov

**24-15389-TBM Notice will not be electronically mailed to:**